NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ARTIE KADELL PERKINS,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D17-4668
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)


Opinion filed July 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.